# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE R. BROOKS, | Case No.: 1:15-cv-00965 LJO JLT |
| Plaintiff, | ORDER GRANTING STIPULATION TO FILE FIRST AMENDED COMPLAINT |
| v. | |
| LEON'S QUALITY ADJUSTERS, INC., et al., | (Doc. 17) |
| Defendants. | |

Based upon the stipulation of counsel (Doc. 17), the Court **ORDERS**:

1. Plaintiff is **GRANTED** leave to file the first amended complaint attached to the stipulation within 3 days;

2. Defendants **SHALL** file a responsive pleading within 30 days thereafter.

IT IS SO ORDERED.

Dated: **December 22, 2015**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1