# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE R. BROOKS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEON'S QUALITY ADJUSTERS, INC., et al.,<br><br>　　　　　Defendants. | Case No.: 1:15-cv-00965 JLT<br><br>ORDER TO THE PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THEIR FAILURE TO FILE A MID-DISCOVERY STATUS REPORT |

On October 5, 2015, the Court issued its scheduling order that included a date for the mid-discovery status conference. (Doc. 12 at 3)  The order reads in pertinent part,

> A mid-discovery status conference is scheduled for January 19, 2016, at 9:00 a.m. before the Honorable Jennifer L. Thurston, U.S. Magistrate Judge, located at 510 19th Street, Bakersfield, California, 93301. **A Joint Mid-Discovery Status Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF, one full week prior to the Conference**, and shall be e-mailed, in Word format, to JLTorders@caed.uscourts.gov. The joint statement SHALL outline the discovery that has been completed and that which needs to be completed as well as any impediments to completing the discovery within the deadlines set forth in this order.

Emphasis added.  Despite this, counsel failed to file the joint report.  Therefore, the Court **ORDERS**,

　　1.　　**No later than January 25, 2016**, the parties **SHALL** show cause in writing why sanctions should not be imposed for their failure to comply with the Court's orders.  Alternatively,

1

they may file and lodge their mid-discovery status conference statement <u>no later than</u> January 25, 2016;

    2.    The mid-discovery status conference, currently set on January 19, 2016, is **VACATED**.  The Court will re-set the hearing if the joint report demonstrates that one is needed.

IT IS SO ORDERED.

Dated:  **January 14, 2016**            **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE