1  ALEXANDER B. TRUEBLOOD (Cal. Bar No. 150897)
   **TRUEBLOOD LAW FIRM**
2  10940 Wilshire Boulevard, Suite 1600
   Los Angeles, California 90024
3  Telephone: (310) 443-4139
   Facsimile: (310) 943-2255
4
   Attorneys for Plaintiff
5  JIMMIE BROOKS

6  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   CARY L. WOOD, SB# 146598
7    Email: Cary.Wood@lewisbrisbois.com
   ANKUR TARNEJA, SB# 262593
8    Email: Ankur.Tarneja@lewisbrisbois.com
   633 West 5th Street, Suite 4000
9  Los Angeles, California 90071
   Telephone: (213) 250-1800
10 Facsimile: (213) 250-7900

11 Attorneys for DEFENDANTS
   LEON'S QUALITY
12 ADJUSTERS, INC., and TONY
   RODRIGUEZ
13
                    UNITED STATES DISTRICT COURT
14
                    EASTERN DISTRICT OF CALIFORNIA
15

16 | JIMMIE R. BROOKS, | CASE NO. 1:15-CV-00965-LJO-JLT |
17 | | |
   | Plaintiff, | **JOINT RESPONSE TO ORDER TO** |
18 | | **SHOW CAUSE** |
   | vs. | |
19 | | |
   | LEON'S QUALITY ADJUSTERS, | Judge:  Hon. Jennifer L. Thurston |
20 | INC., TONY RODRIGUEZ, and DOES | |
   | 1 through 10, inclusive, | Trial Date:      December 13, 2016 |
21 | | |
   | Defendant. | |
22

23

24       The parties jointly submit this response to the Court's Order to Show Cause

25 concerning the parties' failure to submit a mid-discovery status report.

26       Both Plaintiff's and Defendants' counsel had calendared the January 19, 2016

27 mid-discovery status conference.  However, through inadvertence, neither

28 Plaintiff's nor Defendants' counsel noticed the requirement in the Court's October

1 | 5, 2015 order for filing a status report.  The parties apologize to the Court for the

2 | oversight, and will be more diligent in the future as to such requirements.

3 | In any event, the parties have filed the joint  mid-discovery status report

4 | concurrently herewith, which the Court required.

5 |

6 | Dated:  January 25, 2016                     TRUEBLOOD LAW FIRM

7 |

8 |

9 |                                              By:  _____/S/ Alexander B. Trueblood_____

10 |                                                   Alexander B. Trueblood
                                                       Attorneys for Plaintiff
11 |                                                   JIMMIE BROOKS

12 | Dated:  January 25, 2016                     CARY L. WOOD
                                                   ANKUR TARNEJA
13 |                                                LEWIS BRISBOIS BISGAARD & SMITH
                                                   LLP
14 |

15 |

16 |

17 |                                              By:  _____/S/ Ankur Tarneja_____

18 |                                                   Ankur Tarneja
                                                       Attorneys for Defendants LEON'S
                                                       QUALITY ADJUSTERS, INC and
19 |                                                   TONY RODRIGUEZ

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

2

**FEDERAL COURT PROOF OF SERVICE**

Jimmie R. Brooks v. Leon's Quality Adjusters, Inc. - Case No. 1:15-CV-00965-JLT

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action.  My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071.  I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On January 25, 2016, I served the following document(s):  **JOINT RESPONSE TO ORDER TO SHOW CAUSE**

The documents were served by the following means:

☒  (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on January 25, 2016, at Los Angeles, California.

_____
MONIQUE TALAMANTE