# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE R. BROOKS,<br><br>         Plaintiff,<br><br>    v.<br><br>LEON'S QUALITY ADJUSTERS, INC., et al.,<br><br>         Defendants. | Case No.: 1:15-cv-00965 JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE<br><br>(Doc. 23) |

On January 14, 2016, the Court ordered the parties to show cause why sanctions should not be imposed for their failure to file a mid-discovery status conference report.  (Doc. 20)  Counsel have responded and indicated that both experienced calendaring errors causing them to overlook this obligation.  (Doc. 24)  They report they have begun discovery and, though they currently are involved in a dispute, they hope to resolve it through meet-and-confer efforts. (Doc. 23 at 2) Thus, the Court sees no need to conduct a status conference.  However, the court **ORDERS**:

   1.   The order to show cause is **DISCHARGED**;

   2.   Counsel **SHALL** complete discovery within the current deadlines.

IT IS SO ORDERED.

Dated:   **January 27, 2016**              /s/ Jennifer L. Thurston
                                     UNITED STATES MAGISTRATE JUDGE