**LEWIS BRISBOIS BISGAARD & SMITH LLP**
CARY L. WOOD, SB# 146598
  E-Mail: Cary.Wood@lewisbrisbois.com
ANKUR TARNEJA, SB# 262593
  E-Mail: Ankur.Tarneja@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants LEON'S
QUALITY ADJUSTERS, INC., and
TONY RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, BAKERSFIELD DIVISION

| | |
|---|---|
| JIMMIE R. BROOKS, | CASE NO. 1:15-CV-00965-JLT |
| Plaintiff, | **DECLARATION OF LEON SCROGGINS WITH EXHIBITS A TO C IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| LEON'S QUALITY ADJUSTERS, INC., TONY RODRIGUEZ, and DOES 1 through 10, inclusive, | |
| Defendant. | Judge:  Hon. Jennifer L. Thurston<br>Date:   August 9, 2016<br>Time:   9:30 a.m. |
| | Action filed:  June 25, 2015<br>Trial:          December 13, 2016 |

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

# DECLARATION OF LEON SCROGGINS

I, Leon Scroggins, declare:

1. I am over 18 years of age. I have personal knowledge of the matters and facts set forth herein, and if called as a witness, I could and would testify competently thereto. I make this declaration in support of Defendants Leon's Quality Adjusters, Inc.'s ("Leon's") and Tony Rodriguez's ("Rodriguez") motion for summary judgment, or, alternatively, partial summary judgment.

2. At the time of the incident described in Plaintiff Jimmie Brooks' ("Plaintiff") operative complaint, I was the President and owner of Leon's. Leon's is no longer in business.

3. On or around April 16, 2015, Gateway One Lending & Finance ("Gateway") hired Leon's to repossess Plaintiff's truck. Attached hereto as Exhibit A is a true and correct copy of the Order to Repossess that Gateway sent to us.

4. Leon's maintained progress reports relating to the repossession jobs it was hired to do. In this case, we maintained a progress report. Attached hereto as Exhibit B is a true and correct copy of the Progress Report relating to the repossession of Plaintiff's truck.

5. On the evening of April 22, 2015, Rodriguez called me and described to me the area in which Plaintiff's truck was parked at Bolthouse Farms in Bakersfield, California. I told Rodriguez that if he could connect Plaintiffs' truck without any conflict or problems, then to proceed and repossess the truck.

6. After Rodriguez repossessed Plaintiff's truck, Leon's completed a Notice of Taking Possession of Motor Vehicle. Attached hereto as Exhibit C is a true and correct copy of the Notice of Taking Possession of Motor Vehicle relating to the repossession of Plaintiff's truck.

7. Leon's has never been in the business of debt collection; it has only repossessed vehicles.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1       I declare under penalty of perjury under the laws of the United States of

2   America that the contents of this declaration are true and correct to the best of my

3   knowledge.  Executed on June 30 , 2016 at St. George, Utah.

                                              Leon Scroggins

3

DECLARATION OF LEON SCROGGINS

# EXHIBIT "A"

# Order To Repossess

| | | | |
|---|---|---|---|
| Date Assigned: 04/16/2015 | Acct #: 20140550778610 | Case#: 2037672848 | Reference#: 40779 |

**Client: Gateway One Lending & Finance**
160 N. Riverview Drive, Suite 100
Anaheim, CA 92808
**Phone:** 714-921-4958 **Fax:** 714-844-9281
**By :** Yolanda Gonzalez / **EXT:** 1156
**Lien Holder:** Gateway One Lending & Finance

**To: Leon's Quality Adjusters Inc.**
PO Box 347
Bakersfield, Ca 93302
**Phone:** (661) 328-5300 **Fax:** (661) 328-6330
State License No. RA 1231 / RA 0787
**Adjusters :**Tony

---

**Debtor:** JIMMIE BROOKS
**SSN: DOB:**

**Cosigner:**
**SSN: DOB:**

Borrower - Home
**6622 SILVER MOON DR**
BAKERSFIELD CA 93313 (Kem)

**Additional Information:**
REPO ON SIGHT
Girlfriend is Lyndsie Roberts
Debtor is 27 years old and on his FB goes by "Hoss"

| Year: 2003 | Make: **FORD** | Model: **SUPER DUTY F-250** | Color: RED |
|---|---|---|---|
| Lic#: **05959T1** | St: **CA** | VIN: **1FTNX21S63EB86437** | |
| Dealer: | Key Codes: | | |

| Monthly Payments | Balance on Account | Amount Past Due | Delinquent Since |
|---|---|---|---|
| Date Rec'd 04/22/15  Time: 932 AM/PM  PD: KCSD  I.D.#: Jess | | | |
| Recovered From: 7200 E. BrUNDAGE LN | | | |
| Adjuster: TONY | Comm $: | Repo Fee $: | |
| #Miles on Vehicle: | Tags: SEP - 2015 | Other Charges $: | |
| Major Damage: ( ) Personals: ( )  Driveable: ( ) | Locked: [Y] [N] Keys: ( ) | Bill to Customer $: | |

1244685

Informed

# EXHIBIT "B"

Leon's Quality Adjusters, Inc - Bakersfield
PO Box 347
Bakersfield  Ca  93302
(661) 328-6300 Fax: (661) 328-6330

**NOTICE OF TAKING POSSESSION
OF MOTOR VEHICLE**

As required by Section 28 Vehicle Code
04/23/2015

TO:    Kern County Sheriffs Department
       1350 Norris Road, Building B
       Bakersfield CA, 93308

   (661) 391-7770

**DESCRIPTION OF VEHICLE:**

| Year | Make | Model | License # | ID # |
|------|------|-------|-----------|------|
| 2003 | FORD | SUPER DUTY F-250 | 05959T1 | 1FTNX21S63EB86437 |

**REGISTERED OWNER:**       JIMMIE BROOKS
                            6622 SILVER MOON DR
                            BAKERSFIELD CA, 93313

**Repossessed At:**         7200 E BRUNDAGE LN BAKERSFIELD CA, 93307

**Stored At:**              Leon's Quality Adjusters, Inc - Bakersfield 3201 K STREET Bakersfield CA 93301

You are hereby notified that on 04/22/2015 at 09:30 PM possession of the vehicle above described, was taken by/for
the legal thereof, to-wit:

**LEGAL OWNER:**            Gateway One Lending & Finance
                            160 N. Riverview Drive, Suite 100
                            Anaheim CA, 92808

pursuant to the provisions of a Conditional Contract of Sale covering said vehicle.

Confirming Telephone Report of 04/22/2015 at 09:30 PM.

**Repossessed by:**         Leon's Quality Adjusters, Inc - Bakersfield
                            PO Box 347
                            Bakersfield  Ca  93302

                            (661) 328-6300

By: _____

7

# EXHIBIT "C"

## Progress Report

Leon's Quality Adjusters, Inc - Bakersfield
PO Box 347 S
Bakersfield , Ca 93302
Phone: (661) 326-6300 Fax: (661) 326-6330
State License No. RA 1231 / RA 0787

Order Date: 04/16/2015
Case #: 2037672848
Reference #: 40779
Acct #: 20140550778610

| Client | Assignee |
|---|---|
| Gateway One Lending & Finance | Yolanda Gonzalez |
| 160 N. Riverview Drive, Suite 100 | Phone: Fax: |
| Anaheim, CA 92808 | |
| Phone: 714-921-4958 Fax: 714-844-9281 | |

| Debtor | Vehicle |
|---|---|
| JIMMIE BROOKS | 2003 FORD SUPER DUTY F-250 |
| SSN: redacted | VIN: 1FTNX21S83EB86437 |

Current Updates [For this order]

| | |
|---|---|
| 05/15/2015 Invoice<br>14:33:38    Approval | Jocelyn Lara has approved the invoice for 2037672848 |
| 04/29/2015 Client-New<br>10:08:21    Info | My apoligies for the change of mind but PLEASE RELEASE unit to auction. Thanks! |
| 04/29/2015 Client-New<br>09:39:09    Info | Please do not release unit. Transport to auction has been canceled. Thanks! |
| 04/29/2015 (O) Other<br>09:15:00 | Please advise if its still ok to release unit to auction. |
| 04/24/2015 (O) Other<br>12:55:23 | A 46.1k document named 20140550778610-JIMMIE R BROOKS-AUTHORIZATION TO<br>RELEASE.pdf has been added to this case. |
| 04/24/2015 Client-New<br>12:54:48    Info | ***AUTHORIZATION TO RELEASE UNIT TO AUCTION***<br><br>Gateway One Lending & Finance authorizes MANHEIM CENTRAL CALIFORNIA to handle the transporting of the below-referenced vehicle and pick up from LEON'S QUALITY ADJUSTERS INC. If anything further is needed to release this unit to auction, please contact Julio at 714-921-5911<br>Thank you, |
| 04/23/2015 (O) Other<br>10:06:27 | A 161.8k photo named DSC00777.JPG has been added to this case. |
| 04/23/2015 (O) Other<br>10:06:27 | A 161.2k photo named DSC00776.JPG has been added to this case. |
| 04/23/2015 (O) Other<br>10:06:26 | A 160.5k photo named DSC00776.JPG has been added to this case. |
| 04/23/2015 (O) Other<br>10:06:25 | A 182.5k photo named DSC00774.JPG has been added to this case. |
| 04/23/2015 (O) Other<br>10:06:25 | A 160.5k photo named DSC00775.JPG has been added to this case. |
| 04/23/2015 (O) Other<br>10:06:24 | A 161.9k photo named DSC00773.JPG has been added to this case. |
| 04/23/2015 (O) Other<br>10:06:23 | A 162.0k photo named DSC00771.JPG has been added to this case. |
| 04/23/2015 (O) Other<br>10:06:23 | A 155.7k photo named DSC00772.JPG has been added to this case. |
| 04/23/2015 (O) Other<br>10:06:22 | A 161.1k photo named DSC00769.JPG has been added to this case. |
| 04/23/2015 (O) Other<br>10:06:22 | A 160.7k photo named DSC00770.JPG has been added to this case. |



| | | |
|---|---|---|
| 04/23/2015 (O) Other 10:06:21 | A 158.7k photo named DSC00768.JPG has been added to this case. | |
| 04/23/2015 (O) Other 10:05:34 | A 182.7k photo named DSC00767.JPG has been added to this case. | |
| 04/23/2015 (O) Other 10:05:33 | A 161.6k photo named DSC00765.JPG has been added to this case. | |
| 04/23/2015 (O) Other 10:05:33 | A 160.5k photo named DSC00766.JPG has been added to this case. | |
| 04/23/2015 (O) Other 10:05:32 | A 161.9k photo named DSC00764.JPG has been added to this case. | |
| 04/23/2015 (O) Other 10:05:31 | A 160.7k photo named DSC00762.JPG has been added to this case. | |
| 04/23/2015 (O) Other 10:05:31 | A 157.8k photo named DSC00763.JPG has been added to this case. | |
| 04/23/2015 (O) Other 10:05:30 | A 162.9k photo named DSC00761.JPG has been added to this case. | |
| 04/23/2015 (O) Other 10:05:29 | A 162.6k photo named DSC00760.JPG has been added to this case. | |
| 04/23/2015 (O) Other 10:05:28 | A 159.4k photo named DSC00758.JPG has been added to this case. | |
| 04/23/2015 (O) Other 10:05:28 | A 162.7k photo named DSC00759.JPG has been added to this case. | |
| 04/22/2015 Agent-Update 21:58:36 | unit is secure | |
| 04/22/2015 (O) Other 16:24:00 | 35.29659177980000, -119.07610355060000<br>goes to 6627 Silver Moon Dr, Bakersfield, CA 93313.<br>Please run ASAP!!!<br><br>t | |
| 04/22/2015 Client-New Info 16:14:19 | DRN Hit Vehicle Time: 2015-04-22 12:00pm | |
| 04/22/2015 Client-New Info 16:08:09 | 35.29659177980000, -119.07610355060000 | |
| 04/22/2015 (O)Agent-Update 16:04:00 | Please call debtor at 661-900-0537 to demand unit.<br>Also, DRN got a hit on the unit 04/21 at 7:15pm at<br>35.29659177980000, -119.07610355060000<br>which is the home address!!!! So they were covering for him >:(<br><br>Tony | |
| 04/20/2015 Agent-Update 17:38:00 | 04/20/15 @ 535pm<br>I made contact and asked for R/O. They said there is no one with that name living here. | |
| For Address: 6622 SILVER MOON DR BAKERSFIELD, CA 93313 | | |
| 04/20/2015 Agent-Update 09:43:25 | 04/19/15 @ 8:15 pm run acct no unit showing.. Talk a nieghbor a few house down the street and yes there was a older ford truck red in color parked there in the drive way it lift it big wheels on it but has not seen it for like 3 weeks now.. | |
| For Address: 6622 SILVER MOON DR BAKERSFIELD, CA 93313 | | |
| 04/18/2015 Agent-Update 09:56:01 | 4/17/15 run acct in the day time & nite no unit showing on cars parked in the drive way tires marks dont go in the garage.. Run poe, poe parking is gated with security cant see in parking lot big oleanders trees in the way from the street.. | |
| For Address: 6622 SILVER MOON DR BAKERSFIELD, CA 93313 | | |
| 04/17/2015 Agent-Update 11:51:27 | Our adjuster checked 6622 SILVER MOON DR BAKERSFIELD CA which is a two story brick house with a two car garage with windows.<br>The unit was not located. Our adjuster did not attempt contact with the customer during this visit because it was the first field visit made on this account.<br>Our adjuster did not attempt contact with the neighbors during this trip because it was the first field visit made on this account.<br>Our adjuster had the following additional update comments/requests: | |

Other Comments:
I run poe today 04/17/15
For Address: 6622 SILVER MOON DR BAKERSFIELD, CA 93313

| | | |
|---|---|---|
| 04/16/2015 09:54:01 | Client-New Info | ****VOE COMPLETED, EMPLOYED BOLTHOUSE FARMS, 7200 E Brundage Ln, Bakersfield, CA 93307, OCCUPATION: LEAD, WAREHOUSE, EMPLOYED: 4 MONTHS F/T, COMPLETED BY: MARIA DELEON, HR RECEPTIONIST SIGN AND DATED 4/16/15**** |
| 04/16/2015 08:54:13 | New DRN Location Available | There is a new DRN Hit Location available for purchase on this case. Please check the Summary tab of the Case Page or the DRN Hits tab of the navigation bar (if available) for more details. |
| 04/16/2015 08:38:49 | (O) Other | Case was accepted |

Page 3 of 3

## FEDERAL COURT PROOF OF SERVICE

Jimmie R. Brooks v. Leon's Quality Adjusters, Inc. - Case No. 1:15-CV-00965-JLT

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On July 1, 2016, I served the following document(s): **DECLARATION OF LEON SCROGGINS WITH EXHIBITS A TO C IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on July 1, 2016, at Los Angeles, California.

_____
MONIQUE TALAMANTE

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

4847-7301-3300.1