**LEWIS BRISBOIS BISGAARD & SMITH LLP**
CARY L. WOOD, SB# 146598
  E-Mail: Cary.Wood@lewisbrisbois.com
ANKUR TARNEJA, SB# 262593
  E-Mail: Ankur.Tarneja@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants Attorneys for
Defendants LEON'S QUALITY
ADJUSTERS, INC. and TONY
RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JIMMIE R. BROOKS,<br><br>              Plaintiff,<br><br>       vs.<br><br>LEON'S QUALITY ADJUSTERS, INC., TONY RODRIGUEZ, and DOES 1 through 10, inclusive,<br><br>              Defendant. | CASE NO. 1:15-CV-00965-JLT<br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION TO CONTINUE THE MOTION FOR SUMMARY JUDGMENT HEARING DATE WITH EXHIBIT A**<br><br>The Hon. Jennifer L. Thurston<br><br>**MSJ Hearing**:<br>Date:   August 9, 2016<br>Time:   9:30 a.m.<br><br>Judge: Hon. Jennifer L. Thurston<br>Date:   August 9, 2016<br>Time:   9:30 a.m.<br><br>Action filed:      June 25, 2015<br>Trial:                December 13, 2016 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4833-0823-4294.1

1

DEFENDANTS' OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION

## I.   Defendants' Opposition to Plaintiff's *Ex Parte* Application

Plaintiff's *ex parte* application to continue the hearing date for Defendants' motion for summary judgment is disingenuous. First, On Sunday, August 7, at 9:10 p.m., Plaintiff's counsel emailed Defendants' counsel stating that he "got a concussion today riding [his] bike." (Attached hereto as Exhibit A is a true and correct copy of Alec Trueblood's August 7 email.) Plaintiff's counsel appears to have not suffered an injury that required him to seek immediate medical care, as he has not provided any documentation to support his claim that he suffered a concussion.

Next, the timing of Plaintiff's *ex parte* application (Docket No. 33 filed at 11:23 a.m.) also fails to establish that counsel, who allegedly suffered a concussion, has still sought medical care for an alleged concussion.

Plaintiff's counsel's capacities appear to be sufficiently intact to be able to email Defendants' counsel at 9:10 p.m. and then file an *ex parte* application the following day.

In addition, Defendants' counsel has already made arrangements to travel to Fresno to argue the motion.

For the foregoing reasons, Defendants respectfully request that the Court deny Plaintiff's *ex parte* application.

DATED: August 8, 2016

CARY L. WOOD
ANKUR TARNEJA
LEWIS BRISBOIS BISGAARD & SMITH LLP


By: _____
Ankur Tarneja
Attorneys for Defendants Defendants
LEON'S QUALITY ADJUSTERS, INC.
and TONY RODRIGUEZ

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4833-0823-4294.1

DEFENDANTS' OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION

# EXHIBIT "A"

**Tarneja, Ankur**

| | |
|---|---|
| **From:** | Alec Trueblood <alec@hush.com> |
| **Sent:** | Sunday, August 07, 2016 9:10 PM |
| **To:** | Tarneja, Ankur |
| **Subject:** | Would like to continue oral argument |

Ankur,

I got a concussion today riding my bike.  I think I should take it easy for at least a week, and will be seeing the doctor tomorrow.  Would you be willing to stipulate to continue the oral argument for two weeks?
Thank you.

Sincerely,

Alexander Trueblood
Trueblood Law Firm
email: alec@hush.com

Los Angeles Office
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: 310-443-4139
Facsimile: 310-943-2255

Exhibit A Page 3

**FEDERAL COURT PROOF OF SERVICE**

Jimmie R. Brooks v. Leon's Quality Adjusters, Inc. - Case No. 1:15-CV-00965-JLT

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071.  I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On August 8, 2016, I served the following document(s **DEFENDANTS' OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION TO CONTINUE THE MOTION FOR SUMMARY JUDGMENT HEARING DATE WITH EXHIBIT A**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Alexander B. Trueblood, Esq.
Trueblood Law Firm
10940 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90024
Tel: 310-443-4139  Fax: 310-943-2255
Attorneys for Plaintiff Jimmie Brooks

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on August 8, 2016, at Los Angeles, California.

_____
MONIQUE TALAMANTE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4833-0823-4294.1

4

DEFENDANTS' OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION