# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE R. BROOKS,<br><br>            Plaintiff,<br><br>        v.<br><br>LEON'S QUALITY ADJUSTERS, INC., et al.,<br><br>            Defendants. | Case No.: 1:15-cv-00965 JLT<br><br>ORDER GRANTING EX PARTE APPLICATION TO CONTINUE THE HEARING ON THE MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 33) |

On August 8, 2016, the attorney for the plaintiff, Mr. Trueblood, filed an ex parte application seeking to continue the hearing on the motion for summary judgment. (Doc. 33) Mr. Trueblood attests that he suffered a concussion on August 7, 2016, after falling from his bike. Id. at 2.

Though the defendants object to the continuance, due to the lack of proof from a doctor related to Mr. Trueblood's condition and because counsel has made travel arrangements, the Court will grant the continuance. As an officer of the Court, Mr. Trueblood, like all attorneys admitted to this Court, has an obligation to be forthright and the Court has no reason to doubt he has done so. Moreover, the injury could impair his performance in court and, as a result, impact his duty to his client. These interests are weightier than the not insubstantial inconvenience of the defendants.

///

///

///

Thus, the hearing on the motion for summary judgment is **CONTINUED** to August 23, 2016 at 8:15 a.m., in Courtroom 6 at the Robert E. Coyle Federal Courthouse in Fresno, California.

IT IS SO ORDERED.

Dated:   **August 8, 2016**          /s/ Jennifer L. Thurston
                                      UNITED STATES MAGISTRATE JUDGE