UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
|  | JUDGMENT IN A CIVIL CASE |
| **JIMMIE R. BROOKS,** |  |
| v. | CASE NO: **1:15–CV–00965–JLT** |
| **LEON'S QUALITY ADJUSTERS, INC., ET AL.,** |  |

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/30/2016**

**Marianne Matherly**
Clerk of Court

ENTERED: **August 30, 2016**

by: /s/ S. Hall
Deputy Clerk